UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BINGLI LIN, et al. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 4:22-cv-00055-SDJ-KPJ |
| § | |
| UNITED STATES and WELLS FARGO § | |
| N.A., § | |
| § | |
| Defendants. § | |

## MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING

The United States of America files this motion for extension of time to request a sixteen (16) day extension to file the supplemental briefing requested by the Court's November 6, 2025 Order, ECF No. 79. In support of the request for extension, the United States respectfully shows the Court as follows:

On November 6, 2025, the Court ordered the Government to provide supplemental briefing on or before November 19, 2025. ECF No. 79. Counsel for the Government is working on gathering information from the agency that is necessary to provide the information requested by the Court. The additional time is necessary because the lapse in appropriations impacted the undersigned's ability to confer with the agency prior to the end of the lapse in appropriations. Additionally, counsel has recently learned that the agent with most familiarity regarding the coins at issues is out of the office until the first week of December, which further impacts our ability to obtain information requested in the order for supplemental briefing. Lastly, many of the persons with knowledge, and who will need to be consulted on any proposed supplemental brief, will be out of the office next week for the Thanksgiving holiday.

Wherefore the United States of America prays the Court grant this motion to extend the deadline to file supplemental briefing by an additional sixteen (16) days, up to and including December 5, 2025.

Respectfully submitted,

JAY R. COMBS
Acting United States Attorney


*/s/ James G. Gillingham*
JAMES G. GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
(903) 590-1400
(903) 590-1436 (fax)
Texas State Bar # 24065295

## CERTIFICATE OF CONFERENCE

The "meet and confer" and "certificate of conference" requirements are not applicable to *pro se* litigants. Local Rule CV-7(i). Therefore, no conference was required because Plaintiff is proceeding *pro se*.

*/s/ James Gillingham*
JAMES GILLINGHAM

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to those persons on the Court's electronic filing system. Additionally, a true and correct copy of this motion was placed in the United States Mail addressed to:

Bingli Lin
100 Carrer de Mallorca St.
Barcelona 08029 Spain

Joanna Chen
100 Carrer de Mallorca St.
Barcelona 08029 Spain

Chuagui Chen
100 Carrer de Mallorca St.
Barcelona 08029 Spain


    */s/ James Gillingham*
    JAMES GILLINGHAM