UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BINGLI LIN, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-55-SDJ |
| | § | |
| UNITED STATES OF AMERICA, ET AL. | § | |
| | § | |

## ORDER

Before the Court is the Government's Motion for Extension of Time to File Supplemental Briefing. (Dkt. #80). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that the United States shall have until **December 5, 2025**, to file supplemental briefing in accordance with the Court's previous order, (Dkt. #79).

It is further **ORDERED** that Plaintiffs may submit a response of no more than **five pages** on or before **December 19, 2025**.

**So ORDERED and SIGNED this 19th day of November, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE