Case 4:22-cv-00055-SDJ-BD  Document 79  Filed 11/06/25  Page 1 of 3 PageID #: 731

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BINGLI LIN, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:22-CV-55-SDJ |
| UNITED STATES OF AMERICA, ET AL. | § § § | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
101 E. PECAN ST., SUITE 112
SHERMAN, TEXAS 75090

OFFICIAL BUSINESS

RECEIVED FEB 11 2026
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

NORTH TEXAS TX 750
MID-ISLAND NY 117
7 NOV 2025 PM
15 DEC 2025 PM

US POSTAGE — PITNEY BOWES
ZIP 75090
$ 000.74⁰
0006151839  NOV 06 2025


RETOUR - DEVUELTO

BingLi Lin, Chuangui Chen,
Joanna Chen, Din Tai Technology, LLC
100 Carver de Mallorca St.
Barcelona 08029, Spain

DIXIE  100 DE 1  0002/05/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 75090598937  *1683-00913-05-37*