UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

BINGLI LIN, ET AL.                    §
                                      §
v.                                    §   CIVIL NO. 4:22-CV-55-SDJ
                                      §
UNITED STATES OF AMERICA, ET          §
AL.                                   §

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting in Part the Report and Recommendation of the United States Magistrate Judge entered in this matter on this date, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiffs BingLi Lin, Chuangui Chen, Joanna Chen, and Din Tai Technology, LLC's claims are hereby **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil action.

   **So ORDERED and SIGNED this 25th day of March, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE