IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BINGLI LIN, ET AL. | § | |
| | § | |
| | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-cv-00055-SDJ-BD |
| | § | |
| UNITED STATES OF AMERICA, ET | § | |
| AL. | § | |

**UNITED STATES OF AMERICA'S CERTIFICATE OF SERVICE**

The United States of America certifies to the Court that service of the following

documents was made on Plaintiffs Bingli Lin, Joanna Chen and Chuagui Chen, on April 15,

2026, via United States Mail:

(1) United States of America's Response to Plaintiff's Motion to Preserve Evidence and
Reconsider (Dkt. No. 91)

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY


*/s/ James G. Gillingham*
JAMES G. GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
(903) 590-1400
(903) 590-1436 (fax)
Texas State Bar # 24065295

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to those persons on the Court's electronic filing system. Additionally, a true and correct copy of this motion was placed in the United States Mail addressed to:

Bingli Lin
38 Fuzheng Road, Shizhu Street, Fuqing City, Fujian
Province, China 350300

Joanna Chen
38 Fuzheng Road, Shizhu Street, Fuqing City, Fujian
Province, China 350300

Chuagui Chen
38 Fuzheng Road, Shizhu Street, Fuqing City, Fujian
Province, China 350300

*/s/ James Gillingham*
JAMES GILLINGHAM