FILED

JUN 2 6 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

**BINGLI LIN**
**DIN TAI TECHNOLOGY, L.L.C.**
**38 Fuzheng road, Shizhu street, Fuqing city, Fujian province**
**CHINA 350300**
**Telephone : 89-15259190535  Email: benben5621@gmail.com**

June 12, 2026

Clerk of the Court in Plano, Texas
US District Court for the Eastern Dist. Of Texas
United States Courthouse
7940 Preston Road, Courtroom 105
Plano, TX 75024
Tel. (214) 872-4860 Fax : (214) 872-4861

Lead Case 4:22-cv-00055-SDJ-BD

Re:    **Bingli Lin v. USA, 4:22-cv-00051 Certification of readiness for appeal**
       **And of payment of appeal fee Appeal Case 26-40242**

Dear Clerk,

Please certify to the Appeal Court in the 5th Circuit that I paid the appeal fee in the sum of $605 by money order to you, and certify that the appeal was timely noticed and is ready for briefs.

Respectfully,

BingLi Lin

BingLi Lin

cc:

james.Gillingham@usdoj.gov,

jopitz@mcguirewoods.com,

afontein@mcguirewoods.com