





RECEIVED

JUN 26 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Envelope

Recycle me



ORIGIN ID:MEDA　(980) 987-9020
YEHONATAN KAPACH
PUBLIC LOCKSMITH LLC
13929 DALTREY LN

CHARLOTTE, NC 28277
UNITED STATES US

SHIP DATE: 24JUN26
ACTWGT: 0.10 LB
CAD: 6571093/ROSA2710

BILL THIRD PARTY

TO CLERK OF THE COURT PLANO TEXAS
US DISTRICT COURT  EASTERN DIST OF
7940 PRESTON ROAD
US COURTHOUSE
COURTROOM 105
PLANO TX 75024

(214) 872-4860　　　REF:
INV:
PO:　　　　　　　　DEPT:

**FedEx**
Express

**E**

FRI – 26 JUN 5:00P

TRK# 0201  8735 2971 5002　　** 2DAY **

SS IRVGG　　　　SLRA 75024
　　　　　　　　TX-US DFW





0752　FRI 06/26　07:07
US DISTRICT COURT  EASTERN DIST
7940 PRESTON RD
US COURTHOUSE
PLANO TX　　　　2283741

**712-3094**

ETP: 2　　　SP:PD:100:Y
1195268813620007502400873529715002
75024-2360-99